# Order

Michigan Supreme Court
Lansing, Michigan

March 31, 2021

161535

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* ESTATE OF HERMANN A. VON GREIFF.
_____

CARLA J. VON GREIFF,
        Petitioner-Appellant,

v

ANNE JONES-VON GREIFF,
        Respondent-Appellee.

_____/

SC: 161535
COA: 347254
Marquette PC: 18-034046-DE

      On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

      The appellant shall file a supplemental brief addressing whether the period of time after the filing of a complaint for divorce is counted when considering whether a spouse was "willfully absent" from the decedent for more than a year before his or her death. MCL 700.2801(2)(e)(*i*); *In re Estate of Erwin*, 503 Mich 1 (2018). The appellant's brief shall be filed by August 30, 2021, with no extensions except upon a showing of good cause. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

      The Probate and Estate Planning Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



t0324

Clerk